IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JORDANN J. DRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-00563-GCM-DCK |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Defendant, Carolyn W. Colvin, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings.

On remand, the Commissioner will further evaluate the claimant's mental impairments and, in doing so, evaluate the opinion evidence from Amy Johnson, Ph.D., and re-evaluate the opinion evidence from Rose LeDay, Ph.D., Elizabeth Neal, M.A. (co-signed by Nicole Cantley, Ph.D.), and the State agency psychological consultants. In addition, the Appeals Council will instruct the ALJ to evaluate the Medicaid award notice; evaluate disability pursuant to Social Security Ruling 11-2p (applies to those who are young adults); and, if the case proceeds to step five, obtain evidence from a vocational expert.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this

Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: May 8, 2014

Graham C. Mullen
United States District Judge